THE PEOPLE OF THE STATE OF NEW YORK ex rel. GORDEN G. BUNCE, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses the writ of habeas corpus and remands relator into custody.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK BADYLEWICZ, Appellant.— Judgment of conviction and order reversed on the facts and a new trial granted on the ground that the evidence fails to establish defendant's guilt beyond a reasonable doubt. All concur, except Dowling, J., who dissents and votes for affirmance. (The judgment convicts defendant of criminal negligence in the operation of a vehicle resulting in death. The order denies a motion for a new trial.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO J. LEWIS, Respondent, against JOHN F. FOSTER, as Warden of Auburn State Prison, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed on the law, without costs of this appeal to any party, writ dismissed, and relator remanded to the custody of the Warden of Auburn State Prison. Memorandum: While sentence was suspended on the conviction of January 31, 1918, there was a revocation and a sentence nineteen days later consituting a final judgment of conviction within the meaning of section 1942 of the Penal Law. The conviction for escape in 1922 was properly included in the information charging relator with being a fourth offender as section 1699 was not enacted until 1932 (L. 1932, ch. 479). The order must be reversed, writ dismissed and relator remanded to the custody of the Warden of Auburn State Prison. (People ex rel. Marcley v. Lawes, 228 App. Div. 660, affd. 254 N. Y. 249; People ex rel. Bistany v. Brophy, 173 Misc. 572, affd. 260 App. Div. 994.) All concur. (The order sustains the writ of habeas corpus and directs that relator be returned to Oneida County Court for resentence.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ. [See post, p. 978.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. R. D. PUBLISHING Co., INC., Appellant.— Order affirmed, without costs of this appeal to either party. All concur, except Harris, J., who dissents and votes for dismissal of the appeal on the ground that the order is not appealable. (The order denies a motion to vacate the service of a summons.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

LAURENCE SOVIK et al., Respondents, v. ROBERT R. MEYER et al., Appellants. — Order modified on the facts as matter of discretion by striking therefrom the provisions for examination on the matters set forth in items 5, 7 and 9, and, as modified affirmed, without costs of this appeal to any party. All concur. (The order grants plaintiffs' motion to examine defendant Meyer before trial.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.